DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JEREMY RANEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No.  2D23-1649

————————————————

April 3, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Michael F. Andrews, Judge.

Olivia M. Goodman of O'Brien Hatfield, P.A., Tampa, for Appellant.


PER CURIAM.

Affirmed.

SLEET, C.J., and CASANUEVA and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.